IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Euriziel Everett, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Horry County Police Dept., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Your Remover, the above-named Defendant, respectfully shows as follows:

1. It is the Defendant in the above-entitled action.

2. The above entitled action was originally commenced in the Court of Common Pleas for Horry County, State of South Carolina, on May 3, 2021, and has been pending in that court.

3. Upon information and belief, the Summons and Complaint was served on or about May 14, 2021.

4. In his Complaint, the Plaintiff seeks relief for alleged violations of Title VII of the Civil Rights Act of 1964, as amended; therefore, the United States District Court for the District of South Carolina has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.  As such, the case may be removed under 28 U.S.C. § 1441.

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. The Florence Division is the proper venue inasmuch as the original action was filed in Horry County, and the facts underlying this action allegedly occurred in Horry County.

7. Exhibit A is a copy of "all process, pleadings, and orders served upon" the Defendant in this action, as required by 28 U.S.C. § 1446(a).

8. In accordance with 28 U.S.C. § 1446(d), Defendant is serving this Notice of Removal on counsel for Plaintiff, and also filing a copy of the Notice of Removal with the Clerk of Court for Horry County.

1

2

WHEREFORE, please take notice that this action has been removed to the United States

District Court, District of South Carolina, Florence Division.

WILLCOX, BUYCK & WILLIAMS, P.A.

By:     s/ Mark W. Buyck, III
         Mark W. Buyck, III
         Fed Id. No. 1613
         PO Box 1909
         Florence, SC 29503-1909
         (843) 662-3258 Telephone
         (843) 662-1342 Fax
         Email: mb3@WillcoxLaw.com
         ATTORNEY FOR DEFENDANT

June 11, 2021
Florence, South Carolina

2